JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNA BROWN, an individual, | Case No. 8:26-cv-00107-MRA-ADS |
| Plaintiff, | **ORDER REMANDING THE ACTION TO ORANGE COUNTY SUPERIOR COURT [13]** |
| v. | |
| CHAPMAN UNIVERSITY, a California nonprofit corporation; CAROL JUE, an individual; TERRY BOESEL, an individual; JENNIFER LIEU, an individual; GLEN WAKABAYASHI, an individual; KIMBERLY HAYASHI, an individual; and DOES 1 through 100, inclusive, | Judge: Hon. Mónica Ramírez Almadani
Trial Date:   Not Set |
| Defendants. | |

## ORDER

The Court, having reviewed the parties' Stipulation to Remand the Action to the Orange County Superior Court, and good cause appearing, hereby ORDERS:

1. The action is remanded to the Orange County Superior Court for all further proceedings.

**IT IS SO ORDERED.**

DATED: February 20, 2026

_____
Hon. Mónica Ramírez Almadani
United States District Judge

ORDER GRANTING STIPULATION TO REMAND THE ACTION TO THE ORANGE COUNTY SUPERIOR COURT